560

No. 785. WENZEL & HENOCK CONSTRUCTION CO. *v.* METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA. April 7, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Arthur E. Moreton* for petitioner. *Messrs. James H. Howard, Charles C. Cooper, Jr.,* and *James S. Bennett* for respondent.

No. 804. PARKER *v.* ILLINOIS. April 7, 1941. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Irving Breakstone* for petitioner. *Messrs. George F. Barrett,* Attorney General of Illinois, *Albert E. Hallett, Jr.,* and *James W. Breen,* Assistant Attorneys General, for respondent.

No. 806. HOUSTON LIGHTING & POWER CO. *v.* CITY OF WEST UNIVERSITY PLACE ET AL. April 7, 1941. Petition for writ of certiorari to the Supreme Court of Texas denied. *Messrs. W. P. Hamblen* and *Frank G. Coates* for petitioner. *Mr. Sam Davis* for respondents.

No. 807. EDWARD J. DARBY & SON, INC. *v.* ROTHENSIES, COLLECTOR OF INTERNAL REVENUE. April 7, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. G. Plantou Middleton* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Mr. Sewall Key* for respondent.

No. 808. CLAPP *v.* STEWART-WARNER CORPORATION. April 7, 1941. Petition for writ of certiorari to the Cir-

cuit Court of Appeals for the Seventh Circuit denied. *Messrs. Bruce B. Krost* and *Albert J. Fihe* for petitioner. *Messrs. Lynn A. Williams* and *Warren C. Horton* for respondent.

No. 809. McDonell *v.* Garee et al. April 7, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Frank K. Lemon* for petitioner. *Mr. Howard L. Doyle* for respondents.

No. 810. Consolidated Freightways, Inc. *v.* Railroad Commission of California. April 7, 1941. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Herbert W. Erskine* for petitioner. *Mr. Ira H. Rowell* for respondent.

No. 823. Jax Ice & Cold Storage Co., trading as Jax Brewing Co., *v.* Coe, U. S. Commissioner of Patents, et al. April 7, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Thomas L. Meade, Jr.* and *Nelson J. Jewett* for petitioner. *Assistant Attorney General Shea* and *Messrs. Newman A. Townsend, Melvin H. Siegel,* and *J. F. H. Mothershead* for the Commissioner of Patents; and *Messrs. Herbert H. Porter, Robert F. Whitehead,* and *Eugene G. Mason* for the Jackson Brewing Co., respondents.

No. 824. Columbian National Life Insurance Co. *v.* Rodgers. April 7, 1941. Petition for writ of certiorari